# ELECTRONIC RECORD

**395-15**

| | | | |
|---|---|---|---|
| COA # | 12-13-00391-CR | OFFENSE: | 30.02F1 |
| STYLE: | Willis Henry Green v. The State of Texas | COUNTY: | Cherokee |
| COA DISPOSITION: | MODIFIY/AFFIRM | TRIAL COURT: | 2nd District Court |
| DATE: 03/18/2015 | Publish: NO | TC CASE #: | 18971 |

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Willis Henry Green v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: _____06/24/15_____

JUDGE: _____Per Curiam_____

CCA #: _____395-15_____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____